ORIGINAL

BTXN 100 (rev. 02/10)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 DEC 30 PM 12:08

DEPUTY CLERK _____

| | | |
|---|---|---|
| In Re:<br>Realty America Group Lincoln Mall, LP | § § § | Case No.: 09-33076-sgj7 |
| Debtor(s) | § § | Chapter No.: 7 |
| Webb McCann Sowden, III and Jeffrey Christopher Berry | § § | |
| Appellant(s) | § § | Adversary No.: 09-03133-sgj |
| vs. | § | |
| Rives E. Castleman, RAGLincoln GenPar, LLC, Ballard Castleman, Credit Union Liquidity Services, LLC f/k/a Texans Commercial Capital, LLC, and John H. Litzler, Chapter 11 Trustee | § § § § | Civil Action No.:<br><br>**3-10CV2650-D** |
| Appellee(s) | § | |

## TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8007, the appeal filed on September 27, 2010 regarding [275] Memorandum of Decision and Order Granting Plaintiff's Amended Motion for Summary Judgment Against Defendants/CounterPlaintiffs, [406] Mediation Order, and [481] Order Denying VArious PostTrial Motions for New Trials and for Disqualification of Bankruptcy Judge and (B) Lifting Automatic Stay in Voluntary Cases by Webb McCann Sowden, III and Jeffrey Christopher Berry in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, but is not in compliance with Rule 8006 of the Federal Rules of Bankruptcy Procedure and is **deficient** for the following reason(s):

- ☐ Appeal not timely filed.
- ☐ Appeal filing fee not paid.
- ☐ Appellant(s) failed to file designation of the record.
- ☐ Appellant(s)/Appellee(s) failed to provide or prepay for the items designated.
- ☑ APPELLANT RECORD: Volume 9, Tab 42, Pages 1895-1903 print not legible to review and Volume 14, Tab 79, Doc. 213, Exh. A & B missing, and Tab 96, Doc. 245 Exh A. missing.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on December 30, 2010.

DATED: 12/30/10

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/Sheniqua U. Whitaker, Deputy Clerk

I hereby certify that the foregoing is a true copy of the original thereof now in my office this the 30 day of December 2010 at Dallas, Texas
Tawana C. Marshall, Clerk
United States Bankruptcy Court
Northern District of Texas
By ___Sheniqua Whitaker___ Deputy

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPEAL SERVICE LIST

### Transmission of the Record

BK Case No.: 09-33076-sgj11

Adversary No.: 09-03133-sgj

Received in District Court by: NT

Date: 12-30-10

Volume Number(s): 24 Appellants + 2 mini records

cc: Stacey G. Jernigan
    Anna Saucier
    Laura Schultz
    Attorney(s) for Appellant
    US Trustee

**Appellant** Webb McCann Sowden, III

ANDERSON TOBIN, PLLC
Aaron Z. Tobin
Kendal B. Reed
One Galleria Tower
13355 Noel Road, Ste. 1900
Dallas, Texas 75240
(972) 789-1160

**Appellant** Jeffrey Christopher Berry

COFFIN & DRIVER, PLLC
Vickie Driver
7557 Rambler Rd., Ste. 110
Dallas, TX 75231
(214) 377-4848

**Appellee** Rives E. Castleman

(Pro Se)
Rives E. Castleman
6805 Hillcrest Ave., #200
Dallas, TX 75205
214-891-3255

**Appellee**  RAG–Lincoln GenPar, LLC

Rives E. Castleman
6805 Hillcrest Ave., #200
Dallas, TX 75205
214-891-3255


**Appellee**  Ballard Castleman

John A. Sopuch, III
Law Offices of John A. Sopuch III
Commerce Place
1142 King Street
Christiansted, 00820
St. Croix
340-773-4150

Michael Gaubert
Lawrence J. Friedman
Friedman & Feiger, LLP
5301 Spring Valley Rd., Ste. 200
Dallas, TX 75254
972-788-1400


**Appellee**  Credit Union Liquidity Services, LLC f/k/a Texans Commercial Capital, LLC

Toby Gerber
Theodore Daniel
Tricia Wisenbaker Macaluso
Fulbright & Jaworski, LLP
2200 Ross Avenue, Ste. 2800
Dallas, TX 75201
214-855-8000


**Appellee**  John H. Litzler, Chapter 11 Trustee

Jason S. Brookner
Monica S. Blacker
Andrews Kurth LLP
1717 Main St., Ste. 3700
Dallas, TX 75201
214-659-4457

ORIGINAL

BTXN 150 (rev. 11/10)

| | | |
|---|---|---|
| In Re:<br>Realty America Group Lincoln Mall, LP<br><br>Debtor(s)<br>Credit Union Liquidity Services, LLC, fka Texans Commercial Capital<br>Plaintiff(s)<br>vs.<br>Rives E. Castleman et al.<br>Defendant(s) | § § § § § § § § § | Case No.: 09-33076-sgj7<br>Chapter No.: 7<br>Adversary No.: 09-03133-sgj |

DEC 3 0 2010

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**3-10CV2650-D**

## CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) APPELLANT**
Webb McCann Sowden, III and Jeffrey Christopher Berry

**APPELLEE**
Rives E. Castleman, RAGLincoln GenPar, LLC, Ballard Castleman, Credit Union Liquidity Services, LLC f/k/a Texans Commercial Capital, LLC, and John H. Litzler, Chapter 11 Trustee

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Representative of Webb McCann Sowden, III:

ANDERSON TOBIN, PLLC
Aaron Z. Tobin
Kendal B. Reed
One Galleria Tower
13355 Noel Road, Ste. 1900
Dallas, Texas 75240
(972) 7891160

Representative of Jeffrey Christopher Berry:
COFFIN & DRIVER, PLLC

Vickie Driver
7557 Rambler Rd., Ste. 110
Dallas, TX 75231
(214) 3774848

Attorney's (If Known)
Representative of Rives E. Castleman and RAG-Lincoln GenPar, LLC:

(Pro Se)
Rives E. Castleman
6805 Hillcrest Ave., #200
Dallas, TX 75205
2148913255

Representative of Ballard Castleman:

John A. Sopuch, III
Law Offices of John A. Sopuch III
Commerce Place
1142 King Street
Christiansted, 00820
St. Croix
3407734150

Michael Gaubert
Lawrence J. Friedman
Friedman & Feiger, LLP
5301 Spring Valley Rd., Ste. 200
Dallas, TX 75254
9727881400

Representative of Credit Union Liquidity Services, LLC f/k/a Texans Commercial Capital, LLC:

Toby Gerber
Theodore Daniel
Tricia Wisenbaker Macaluso
Fulbright & Jaworski, LLP
2200 Ross Avenue, Ste. 2800
Dallas, TX 75201
2148558000

Representative of John H. Litzler, Chapter 11 Trustee:

Jason S. Brookner
Monica S. Blacker
Andrews Kurth LLP
1717 Main St., Ste. 3700
Dallas, TX 75201
2146594457

**II. BASIS OF JURISDICTION**

| ○ 1 U.S. Government Plaintiff | ○ 2 U.S. Government Defendant | ● 3 Federal Question (U.S. Government Not a Party) | ○ 4 Diversity (Indicate Citizenship of Parties in Item III) |
|---|---|---|---|

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

- ● 422 Appeal 28 USC 158
- ○ 423 Withdrawal 28 USC 157
- ○ 890 Other Statutory Actions

**V. ORIGIN**

- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district
- ○ 6 Multidistrict Litigation
- ○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity)**:
28 USC 158

Brief description of cause:
Notice of appeal of a bankruptcy court order

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                    Docket Number:

DATED: 12/30/10

FOR THE COURT:
Tawana C. Marshall, Clerk of Court
by: /s/Shenjqua U. Whitaker, Deputy Clerk